|  |  |  |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419 | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101 |
| William T. Walsh<br>Clerk | | TRENTON OFFICE<br>402 East State Street<br>P.O. BOX 515<br>Trenton, N.J. 08603 |

December 17, 2013

NOTICE TO ALL COUNSEL:

    MDL 2158 - In Re: Zimmer Durom Hip Cup Products Liability Litigation
       District of New Jersey Master Case Number: 09-cv-4414 (SDW)
       District of New Jersey Individual Case Number: 13-cv-7573 (SDW)

    Pursuant to Rule 7.5 of the Rules of Procedures of the Judicial Panel on Multidistrict Litigation, Theodora Bush, et al. v. Zimmer Holdings, Inc., et al. (Southern District of Florida C.A. No. 9:13-81191) has been associated with MDL 2158.

    All mail in this litigation should be sent to the Newark office. The District of New Jersey requires documents to be filed electronically. Please refer to the court's website www.njd.uscourts,gov to obtain information on becoming an Electronic Filing User in the District of New Jersey. Documents not filed electronically must be submitted with a disc or CD-ROM in accordance with the District of New Jersey's CM/ECF Policies and Procedures. These Policies and Procedures can be found on the court's website. If there is a need to contact this office, please contact Jacquie Lambiase at (973) 645-4249 or jacqueline_lambiase@njd.uscourts.gov.

    The District of New Jersey's motion practice is covered by Local Rules 7.1, 37.1 and 78.1 and will be followed, unless otherwise ordered by the Court. The Local Civil Rules are available on the court's website.

                                                     Very Truly yours,

                                                   WILLIAM T. WALSH, CLERK
                                                   *Jacquie Lambiase*
                                                      Deputy Clerk